FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 22 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10 - CV - 00664 BNB
(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

KEVIN MARK BRETZ, #46584,
JERRY DeWAYNE GRADY, #93047,
DANIEL AGER, #82523, and
GARY LYNN ARELLANO, #69948,

    Plaintiffs,

v.

GOVE[R]NOR BILL RITTER,
EXEC. DIR. ARISTEDES W. ZAVARAS, C.D.O.C.,
DR. PAULA FRANTZ, Holistic Practice,
MS. BEVERLY DOWIS, Medical Admin., S.C.F.,
MS. LOVELL, Medical Assist., S.C.F.
P.A. BRIAN WEBSTER, S.C.F.,
P.A. JOANN STOCK, S.C.F.,
DR. FORTUNATO, S.C.F.,
DR. GOLDSMITH, M.D., S.C.F.,
DR. DARREL T. FENTON, D.O., Contract Doctor, S.C.F.,
DR. KOONS, Contract Doctor, S.C.F.,
WARDEN KEVIN MILYARD, S.C.F., and
ASSIST. WARDEN CHAPPLAINE, S.C.F.,

    Defendants.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFFS TO CURE DEFICIENCY

Plaintiffs have submitted a "42 USC § 1983 Prisoners Complaint" that only Kevin Mark Bretz has signed. Plaintiffs have failed either to pay the $350.00 filing fee or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C.

§ 1915 for each Plaintiff. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted document is deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiffs will be directed to cure the following if they wish to pursue their claims. Any papers that Plaintiffs file in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) _X_ are not submitted (each Plaintiff must submit a completed form)
(2) ___ is missing affidavit
(3) _X_ are missing certified copies of prisoners' trust fund statements for the 6-month period immediately preceding this filing (from each Plaintiff)
(4) ___ is missing certificate showing current balance in prison account
(5) ___ is missing required financial information
(6) ___ is missing an original signature by the prisoner
(7) ___ is not on proper form (must use the court's current form)
(8) ___ names in caption do not match names in caption of complaint, petition or habeas application
(9) ___ An original and a copy have not been received by the court. Only an original has been received.
(10) _X_ other: Motions are necessary only if $350.00 filing fee is not paid in advance.

**Complaint, Petition or Application:**
(11) ___ is not submitted
(12) _X_ is not on proper form (must use the court's current form)
(13) _X_ is missing original signatures by the prisoners (all Plaintiffs must sign)
(14) ___ is missing page nos. ___
(15) ___ uses et al. instead of listing all parties in caption
(16) ___ An original and a copy have not been received by the court. Only an original has been received.
(17) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) ___ names in caption do not match names in text
(19) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

2

FURTHER ORDERED that Plaintiffs cure the deficiencies designated above within **thirty (30) days from the date of this order**. Any papers that Plaintiffs file in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to each Plaintiff, together with a copy of this order, two copies of the court-approved form for filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that the clerk of the court mail to each Plaintiff, together with a copy of this order, two copies of the court-approved form to be used in filing an amended Prisoner Complaint. It is

FURTHER ORDERED that each Plaintiff must submit a properly completed Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and that all Plaintiffs must **jointly submit one amended complaint** on the court-approved form that **all Plaintiffs have signed**. It is

FURTHER ORDERED that, if any Plaintiff fails to cure the designated deficiencies as directed **within thirty (30) days from the date of this order**, that Plaintiff will be dismissed as a party to this action without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this ___ day of _March_____, 2010.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. '10 - CV - 00664

Kevin Mark Bretz
Prisoner No. 46584
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

Jerry DeWayne Grady
Prisoner No. 93047
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

Daniel Ager
Prisoner No. 82523
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

Gary Lynn Arellano
Prisoner No. 69948
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and Prisoner Complaint forms** to the above-named individuals on 3/22/10

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk